IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORSADO
Magistrate Judge Kathleen M. Tafoya

Civil Action No. 17-cv-02871-CMA-KMT

BANK OF COLORADO, a Colorado corporation,

    Plaintiff,

v.

WIBAUX 1, LLC, a Montana limited liability company,
JEFFREY W. BERGER A/K/A JEFF BERGER,
TAMI M. BERGER A/K/A TAMI BERGER,
PRO-FRAC HEATING & TRUCKING, LLC, a North Dakota limited liability company, and
UNITED STATES OF AMERICA Acting Through The INTERNAL REVENUE SERVICE,

    Defendants

---

## NOTICE OF ENTRY OF APPEARANCE

---

Angela L. Ekker of the law firm of Lorenzo, Ekker, Dallner, LLC, and enters her appearance on behalf of Defendants Wibaux 1, LLC, Jeffrey W. Berger a/k/a Jeff Berger, Tami M. Berger a/k/a Tami Berger and Pro-Frac Heating & Trucking, LLC and requests that all further pleadings and papers be served upon said attorney.

Dated this 27th day of December, 2017.

                                    Respectfully submitted,

                                    LORENZO, EKKER, DALLNER, LLC

                                    /s/ Angela L. Ekker
                                    Angela L. Ekker
                                    *Attorneys for Defendants Wibaux 1, LLC*
                                    *Jeffrey W. Berger, Tami M. Berger and*
                                    *Pro-Frac Heating & Trucking, LLC*

CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of December, 2017, a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE was filed and served via United States District Court E-Filing on the following:

John O'Brien, Esq.
Scott C. Sandberg, Esq.
SPENCER FANE LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
jobrien@spencerfane.com
ssandberg@spencerfane.com

                                              /s/ Angela L. Ekker
                                              Angela L. Ekker