Carey E. Matovich
Geoffrey R. Keller
Matovich, Keller & Huso, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59103-1098
Telephone: (406) 252-5500
Email:     cmatovich@mkhattorneys.com
           gkeller@mkhattorneys.com
**Attorneys for Plaintiff Bank of Colorado**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| BANK OF COLORADO, a Colorado corporation | Cause No.: CV 18-149-BLG-SPW-TJC |
| **Plaintiff,** | |
| v. | **PLAINTIFF'S NOTICE OF APPEARANCE** |
| WIBAUX 1, a Montana limited liability company, JEFFREY W. BERGER, a/k/a Jeff Berger, TAMI M. BERGER, a/k/a Tami Berger, PRO-FRAC HEATING & TRUCKING, LLC, a North Dakota limited liability company and UNITED STATES OF AMERICA, acting thru the Internal Revenue Service, | |
| **Defendants.** | |

Notice is hereby given that Carey E. Matovich and Geoffrey R. Keller of

Matovich, Keller & Huso, P.C., appear as counsel of record for Plaintiff the Bank

of Colorado in the above-captioned matter. Counsel for Plaintiff requests that all further court filings in this matter be served on them at the following address:

    Carey E. Matovich
    Geoffrey R. Keller
    MATOVICH, KELLER & HUSO, P.C.
    2812 1st Avenue North, Suite 225
    P.O. Box 1098
    Billings, MT 59103-1098
    Phone: (406) 252-5500
    cmatovich@mkhattorneys.com
    gkeller@mkhattorneys.com

DATED this 25th day of October, 2018.

            **MATOVICH, KELLER, & HUSO, P.C.**

            By:   /s/ Geoffrey R. Keller
                    Carey E. Matovich
                    Geoffrey R. Keller
                    Matovich, Keller & Huso, P.C.

                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2018, a copy of the foregoing was served on the following persons by the following means:

| | | | |
|---|---|---|---|
| 1,2, 3 | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | 2, 3 | E-Mail |
| _____ | Mail | _____ | Overnight Delivery Service |

**1.  Clerk, U.S. District Court**

**2.  Attorneys for Defendants Berger**

Angela L. Ekker
Lorenzo Ekker Dallner, LLC
9145 East Kenyon Avenue, Suite 301
Denver, CO 80237
aekker@ledlegal.com

**3.  Attorneys for Defendant USA**

Juan G. Villasenor
U.S. Attorney's Office - Denver
1801 California Street, Suite 1600
Denver, CO 80202
Juan.villasenor@usdoj.gov

**MATOVICH, KELLER & HUSO P.C.**

By:   /s/ Geoffrey R. Keller
Carey E. Matovich
Geoffrey R. Keller
Matovich, Keller & Huso, P.C.
*Attorneys for Plaintiff*

3