**VICTORIA L. FRANCIS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone: (406) 247- 4633**
**FAX: (406) 657- 6058**
**Email Address: victoria.francis@usdoj.gov**

**ATTORNEY FOR DEFENDANT**
**United States of America**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **BANK OF COLORADO, a Colorado corporation,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**WIBAUX 1, LLC, a Montana limited liability company; JEFFREY W. BERGER A/K/A JEFF BERGER; TAMI M. BERGER, A/K/A TAMI BERGER; PRO-FRAC HEATING & TRUCKING,LLC, a North Dakota limited liability company; and UNITED STATES OF AMERICA Acting Through The INTERNAL REVENUE SERVICE,**<br><br>            **Defendants.** | **CV 18-149-BLG-SPW-TJC**<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

The United States Attorney's Office for the District of Montana, representing United States of Department of Treasury, Internal Revenue Service, (IRS), gives notice to the Court and opposing counsel of the substitution of the following Assistant U.S. Attorney as counsel of record for Juan G. Villasenor:

>Victoria L. Francis
>Assistant U.S. Attorney
>U.S. Federal Building
>2601 Second Ave. North, Suite 3200
>Billings, MT 59101
>(406) 247-4633

Opposing counsel is requested to address any correspondence or pleadings in the above-captioned case to Assistant U.S. Attorney Victoria L. Francis.

**DATED** this 8th day of November, 2018.

>**KURT G. ALME**
>**United States Attorney**
>
>
> **/s/ VICTORIA L. FRANCIS**
>**Assistant U.S. Attorney**
>**Attorney for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November, 2018, a copy of the foregoing document was served on the following person by the following means.

    1-4     CM/ECF
            Hand Delivery
            U.S. Mail
            Overnight Delivery Service
            Fax
            E-Mail

1. Clerk of Court

2. Carey E. Matovich
Geoffrey R. Keller
MATOVICH, KELLER & HUSO, P.C.
2812 First Ave. North, Suite 225
P.O. Box 1098
Billings, Montana 59103-1098
(406) 252-5500 – phone
(406) 252-4613 – fax
ematovich@mkhattorneys.com
gkeller@mkhattorneys.com
*Attorneys for Bank of Colorado*

3. Scott C. Sandberg
John Anthony O'Brien
SPENCER FANE, LLP
1700 Lincoln Street, Suite 2000
Denver, Colorado 80203
(303) 839-3838 – phone
ssandberg@spenderfane.com
jobrien@spenderfane.com
*Attorneys for Bank of Colorado*

4. Angela L. Ekker
Lorenzo Ekker Dallner, LLC
9145 East Kenyon Ave., Suite 301
Denver, Colorado 80237
(720) 543-7735 – phone
aekker@ledlegal.com

　　　　　　　　　　　　　　　**/s/ VICTORIA L. FRANCIS**
　　　　　　　　　　　　　　　**Assistant U.S. Attorney**