IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BANK OF COLORADO, a Colorado corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>WIBAUX 1, a Montana limited liability company, JEFFREY W. BERGER, a/k/a Jeff Berger, TAMI M. BERGER, a/k/a Tami Berger, PRO-FRAC HEATING & TRUCKING, LLC, a North Dakota limited liability company and UNITED STATES OF AMERICA, acting thru the Internal Revenue Service,<br><br>                    Defendants. | CV 18-149-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff moves for the admission of John O'Brien to practice before this Court in this case with Geoffrey R. Keller to act as local counsel. Mr. Sandberg's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit John O'Brien pro hac vice is GRANTED on the condition that Mr. O'Brien shall do his own work. This means that Mr. O'Brien must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. O'Brien, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 16th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge