
FILED
NOV 19 2018
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BANK OF COLORADO,<br><br>Plaintiff,<br><br>vs.<br><br>WIBAUX 1, LLC, a Montana limited liability company; JEFFREY W. BERGER A/K/A JEFF BERGER; TAMI M. BERGER A/K/A TAMI BERGER; PRO-FRAC HEATING & TRUCKING, LLC, a North Dakota limited liability company; and UNITED STATES OF AMERICA Acting Through the INTERNAL REVENUE SERVICE,<br><br>Defendants. | CV 18-149-BLG-SPW<br><br>**ORDER** |

Parties have filed Stipulated Motion to Stay Case Pending Outcome of the Bergers' Bankruptcy Plan and Motion to Dismiss Pro-Frac Heating & Trucking, LLC. (Doc. 120.) Good cause appearing,

IT IS HEREBY ORDERED that the stipulated motion is granted, Defendant Pro-Frac Heating & Trucking, LLC is dismissed from this case with prejudice, and this case is stayed pending the earlier of: (1) a default by Bergers under Article 6.11 of the Plan or any other Plan default materially adversely affecting the Bank; or (2)

///

full payment of the Bank under the Plan.

**IT IS ORDERED**.

DATED this 19th day of November, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE