FILED

JUL 1 0 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BANK OF COLORADO,<br><br>Plaintiff,<br><br>vs.<br><br>WIBAUX 1, LLC, a Montana limited liability company; JEFFREY W. BERGER A/KA JEFF BERGER; TAMI M. BERGER A/K/A TAMI BERGER; PRO-FRAC HEATING & TRUCKING, LLC, a North Dakota limited liability company; and UNITED STATES OF AMERICA Acting Through the INTERNAL REVENUE SERVICE,<br><br>Defendants. | CV 18-149-BLG-SPW-TJC<br><br>ORDER |

Upon the Plaintiff's Unopposed Motion to Dismiss Case with Prejudice (Doc. 128), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled cause is DISMISSED WITH PREJUDICE.

1

**IT IS FURTHER ORDERED** that all deadlines are **VACATED** and all pending motions are **DENIED** as moot.

DATED this 10th day of July, 2019.

SUSAN P. WATTERS
United States District Judge